992

No. 99–9941. ABDALLAH v. PILEGGI ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–9995. BAUTISTA RIVERA v. GREENE. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–196. CENTURY IMPORTERS, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–239. KRILICH ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–349. DOUGALL ET AL. v. RECTOR AND VISITORS OF GEORGE MASON UNIVERSITY ET AL. Sup. Ct. Va. Certiorari denied.

No. 00–356. RUTLEDGE, AN INDIVIDUAL ON HIS OWN BEHALF AND ON BEHALF OF THE BENEFICIARIES OF THE HOTEL UNION AND HOTEL INDUSTRY OF HAWAII PENSION TRUST, ET AL. v. SEYFARTH, SHAW, FAIRWEATHER & GERALDSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–384. MARTIN v. BARNESVILLE EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 00–392. TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION PLAN v. AETNA CASUALTY & SURETY CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–394. CAMPBELL v. CANTOR FITZGERALD & CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–402. DVORAK v. DISCIPLINARY BOARD OF THE SUPREME COURT OF NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 00–408. FISHER v. UNITED FEATURE SYNDICATE, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–409. HOPKINS v. UNITED PARCEL SERVICE, INC. Sup. Ct. Ohio. Certiorari denied.